HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TOBIN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:14-mj-00118 MJS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO MOTION BRIEFING SCHEDULE AND TO VACATE 2/4/2015 |
| vs. | ) ) | MOTION HEARING DATE; ORDER |
| TOBIN JOHNSON, | ) ) | DATE:  March 18, 2015 TIME:   1:30 p.m. |
| Defendant. | ) ) ) | JUDGE: Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between Defendant, by and through his attorney of record, Megan T. Hopkins, and Susan St. Vincent, the legal officer for the National Park Service, that the hearing in the above-captioned matter set for February 4, 2015 be rescheduled to Wednesday, March 18, 2015 at 1:30 p.m.

Defendant is waiting on additional discovery from the Government in order to determine if the motion is necessary. The Government has represented to Defendant that this additional discovery will be produced within the next 14 days.

Defendant proposes the following motion schedule:

| | |
|---|---|
| Defendant's Motion to Suppress Evidence: | February 13, 2015 |
| Government's Response: | February 27, 2015 |
| Defendant's Reply: | March 6, 2015 |
| Evidentiary Hearing/Oral argument: | March 18, 2015, at 1:30 p.m. |

In light of the parties' agreement as to a briefing schedule, the parties respectfully request that the February 4, 2015 hearing date be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 13, 2015          By:   */s/ Megan T. Hopkins*
                                       MEGAN T. HOPKINS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       TOBIN JOHNSON

DATED: January 13, 2015          By:   */s/ Susan St. Vincent*
                                       SUSAN ST. VINCENT
                                       Legal Officer
                                       Yosemite National Park

**O R D E R**

Good cause appearing, the above STIPULATION TO MOTION BRIEFING SCHEDULE AND TO VACATE THE FEBRUARY 4, 2015 MOTION HEARING, in case No. 6:14-mj-00118 MJS, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   January 14, 2015                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE