```
HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TOBIN JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00118-MJS |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE REVIEW HEARING; ORDER |
| TOBIN JOHNSON, | |
| Defendant. | Date:  April 6, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Tobin Johnson, that the review hearing currently scheduled for March 22, 2016, may be moved to April 6, 2016, at 10:00 a.m.

On April 21, 2015, Mr. Johnson pled guilty to operating a motor vehicle with a breath alcohol concentration of .08% or higher in violation of 36 C.F.R. § 4.23(a)(2).  That same date, the Court sentenced Mr. Johnson to twelve months of unsupervised probation, to expire April 20, 2016.  As conditions of probation, the Court ordered Mr. Johnson to pay a $1,200 fine and complete the First Time DUI Offender Course.  The Court set a review hearing for March 22, 2016, at 10:00 a.m.

Mr. Johnson is currently enrolled in the First Time DUI Offender Course.  His last class will be on March 17, 2016.  Mr. Johnson's program provider has advised that it will take ten

1  days to prepare the certificate of completion.  Accordingly, Mr. Johnson seeks a two-week
2  continuance of the review hearing so that he can provide the certificate of completion to the
3  Legal Office prior to the hearing.
4      WHEREFORE, the parties request that Court continue the review hearing currently
5  scheduled for March 22, 2016, to April 6, 2016, at 10:00 a.m.

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Date:  February 9, 2016                */s/ Matthew McNease*
                                  Matthew McNease
                                  Yosemite Legal Officer
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: February 9, 2016                 */s/ Erin Snider*
                                  ERIN SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  TOBIN JOHNSON

## **O R D E R**

The Court hereby accepts the STIPULATION TO CONTINUE REVIEW HEARING in Case No. 6:14-mj-00118-MJS and continues the hearing until April 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 9, 2016                 /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

Johnson / Stipulation to                      -2-
Continue Review Hearing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28